# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SEAN BUCKNER, an individual, and | } | |
| RONALD E. DURBIN, II, an individual, | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| vs. | } | NO. 24-CV-299-JAR |
| | **}** | |
| JOEY DON OLIVER, an individual, | } | |
| TOWN OF BOKOSHE, a political | } | |
| Subdivision of the State of Oklahoma, | } | |
| SHALOA EDWARDS, an individual, | } | |
| KATHERINE FAITH BROYLES, | } | |
| an individual, and ALBERT DALE | } | |
| WHITECOTTON, an individual, | } | |
| | } | |
| Defendants. | } | |

## MOTION FOR EXTENSION OF TIME TO RESPOND

COME NOW Defendants, Joey Don Oliver, Town of Bokoshe, Shaloa Edwards, Katherine Faith Broyles, and Albert Dale Whitecotton and move the Court as follows:

1.    As stated in the status report being filed simultaneously with this Report, this matter has effectively been resolved.  However, the dismissal agreement involves dismissal of the Protective Order cases brought by Defendants Oliver, Edwards, and Broyles in Sequoyah County District Court.

2.    The Dismissals, which included a dismissal and withdrawal of the Petitions for Protective Order, were filed but, as stated in the Status Report, the District Court of Sequoyah County requested an Amended Dismissal which included the signature of Defendants Broyles, Oliver, and Edwards.

1

3.    An Amended Dismissal which included the actual signature of each individual defendant (rather than just counsel Sexton) was requested and have been prepared but Defendant Broyles has been ill and unable to sign hers and Defendants Edwards and Oliver have been out of town.  It is anticipated that the Amended Dismissals will be filed with the Sequoyah District Court no later than September 20, 2024.

4.    The Petitions for Protective Orders have been consolidated and were set for hearing on October 1, 2024.  Thus, at the latest, this matter should be concluded with a dismissal by October 2, 2024.

5.    For these reasons, all Defendants request to extend their time to respond until October 2, 2024.  Good cause exists for the reasons stated herein.

WHEREFORE, the Defendants, Joey Don Oliver, Town of Bokoshe, Shaloa Edwards, Katherine Faith Broyles, and Albert Dale Whitecotton, prays that their time to respond to the Plaintiff's First Amended Petition (now Complaint) be extended to October 2, 2024, and for such other relief as is proper.

/s/ Sam Sexton, III
Sam Sexton, III (OBA 12475)
Attorney at Law
605 South 21st Street
Fort Smith, AR 72901
Phone 479-242-5111
csexton@sextonmasri.com

/s/ Sean M. McKelvey
Sean M. McKelvey, OBA #17098
smm@steidley-neal.com
PO Box 1165
McAlester, OK 74502
(918)423-4611
(918)423-4520 - fax

**CERTIFICATE OF SERVICE**

I, Sam Sexton III, certify that  have served this document upon all attorneys of record by filing this document with the Court's ECF filing system on this 18th day of September 2024 and serving all non-parties that do not participate in the court's ECF filing system on the same date by first class mail, postage prepaid, to:

Ronald E. Durbin, II
8703 S. Winston Ave.
Tulsa, OK 74137
ron@guerillaarmy.com

Sean Buckner
107360 S. 4650 Rd.
Sallisaw, OK 74955
pgseanb@gmail.com

/s/ Sam Sexton, III
Sam Sexton, III

3